Matthew R. Gershman (SBN 253031)
*gershmanm@gtlaw.com*
Heather J. Silver (SBN 285509)
*Heather.Silver@gtlaw.com*
Blake M. Bailus (SBN 360713)
*Blake.Bailus@gtlaw.com*
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 310-586-7700; Fax: 310-586-7800

Attorneys for Defendant
SEATGEEK, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY SCRUGGS, on behalf of himself and all similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>SEATGEEK, INC., a Delaware Corporation,<br><br>    Defendant. | CASE 2:26-CV-01987-DJC-SCR<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT BY 47 DAYS**<br><br>Date of Service:   June 17, 2026<br>Current Response Date: July 8, 2026<br>New Response Date:  August 24, 2026<br><br><br>Assigned to:  Judge Daniel J. Calabretta |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 144(a), Plaintiff Jeffrey Scruggs ("Plaintiff") and Defendant SeatGeek, Inc. ("SeatGeek") (collectively, the "Parties"), by and through their respective counsel, respectfully request that the Court approve the Parties' stipulation to extend the time for SeatGeek to respond to the Complaint ("Complaint") by 47 days to August 24, 2026. In support of this stipulation, the Parties state as follows:

WHEREAS, Plaintiff filed the Complaint on May 29, 2026 (ECF No. 1);

WHEREAS, Plaintiff served SeatGeek with a copy of the Complaint on June 17, 2026 (ECF No. 7);

WHEREAS, SeatGeek's current deadline to respond to the Complaint is July 8, 2026;

WHEREAS, counsel for SeatGeek seeks additional time to investigate the factual and legal issues raised by the Complaint prior to filing a responsive pleading;

WHEREAS, to allow SeatGeek additional time to investigate the asserted claims and its defenses and to explore resolution that may minimize or obviate the need for motion practice, counsel for the Parties agree that it would serve the interests of efficiency to extend SeatGeek's response date by forty-seven (47) days;

WHEREAS, Local Rule 144(a) permits the Parties to initially stipulate to extend the time to respond to the Complaint by no more than twenty-eight (28) days without approval of the Court;

WHEREAS, the Parties also agree that good cause exists to extend the deadline an additional nineteen (19) days, based on the facts set forth in this stipulation;

WHEREAS, this extension is not sought to unduly delay the proceedings and will not prejudice any Party;

WHEREAS, no extensions have previously been sought by the Parties, and no deadlines have been set by the Court in this case;

ACCORDINGLY, IT IS HEREBY STIPULATED and REQUESTED by the Parties that the Court extend the deadline for SeatGeek to respond to the Complaint by 47 days, up to and including August 24, 2026.

STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT

Dated:  July 7, 2026                    NATHAN & ASSOCIATES, APC


By: */s/ Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Hwy., Suite 200
Newport Beach, CA 92663
Telephone: 949-270-2798
Email: rnathan@nathanlawpractice.com

Attorneys for Plaintiff Jeffrey Scruggs


Dated:  July 7, 2026                    GREENBERG TRAURIG, LLP


By: */s/ Matthew R. Gershman*
Matthew R. Gershman
Heather J. Silver
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 310-586-7700; Fax: 310-586-7800
Email: gershmanm@gtlaw.com
            Heather.Silver@gtlaw.com

Attorneys for Defendant SeatGeek, Inc.


## ORDER


The Court, having considered the stipulation between Plaintiff Jeffrey Scruggs and Defendant SeatGeek, Inc. ("SeatGeek"), and for good cause shown, HEREBY ORDERS that:

SeatGeek shall respond to the Complaint on or before August 24, 2026.

**IT IS SO ORDERED.**


Dated:  July 7, 2026                    /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT