Heather J. Silver (SBN 285509)
*Heather.Silver@gtlaw.com*
Blake M. Bailus (SBN 360713)
*Blake.Bailus@gtlaw.com*
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 310-586-7700; Fax: 310-586-7800

Attorneys for Defendant
SEATGEEK, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JEFFREY SCRUGGS, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br>v.<br><br>SEATGEEK, INC., a Delaware Corporation,<br><br>Defendant. | CASE 2:26-CV-01987-DJC-SCR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO MEET AND CONFER PURSUANT TO FED. R. CIV. P. 26(f)**<br><br>Date of Service: June 17, 2026<br>Current Response Date: August 24, 2026<br>New Response Date: October 8, 2026<br><br>Assigned to: Judge Daniel J. Calabretta |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rules 143 and 144, Plaintiff Jeffrey Scruggs ("Plaintiff") and Defendant SeatGeek, Inc. ("SeatGeek") (collectively, the "Parties"), by and through their respective counsel, respectfully request that the Court approve the Parties' stipulation to (i) extend the time for SeatGeek to respond to the Complaint ("Complaint") by 45 days to October 8, 2026; (ii) extend the deadline for the Parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) to October 1, 2026, as follows:

WHEREAS, Plaintiff filed the Complaint on May 29, 2026 (Dkt. No. 1);

WHEREAS, Plaintiff served SeatGeek with a copy of the Complaint on June 17, 2026 (Dkt. No. 7);

WHEREAS, on July 1, 2026, the Parties stipulated to an extension of time for SeatGeek to respond to the Complaint from July 8, 2026, to August 24, 2026 (Dkt. No. 8), which this Court granted (Dkt. No. 10);

WHEREAS, the Parties are engaged in discussion to resolve the need for motion practice with respect to the Complaint and, therefore, agree to an extension of SeatGeek's time to respond to the Complaint, subject to the Court's approval, by an additional forty-five (45) days, from August 24, 2026, to October 8, 2026;

WHEREAS, in light of the Parties' discussion to avoid the need for motion practice, an extension of time for SeatGeek to respond to the Complaint would promote judicial economy and conserve the resources of both the Parties and the Court;

WHEREAS, Plaintiff has agreed not to move for SeatGeek's default should the Court not enter an order on this stipulation before October 8, 2026;

WHEREAS, pursuant to the Court's Initial Case Management Standing Order (Dkt. No. 6), the deadline to meet and confer under Federal Rule of Civil Procedure 26(f) is August 17, 2026, with a Joint Status Report due to be filed with the Court 14 days thereafter;

WHEREAS, to preserve the Parties' resources while they determine whether they can resolve the need for motion practice with respect to the Complaint, the Parties agree, subject to the Court's approval, to a forty-five (45) day extension of the deadline for the Parties' Rule 26(f) conference, from August 17, 2026, to October 1, 2026;

ACCORDINGLY, IT IS HEREBY STIPULATED AND REQUESTED:

(I) The deadline for SeatGeek to respond to the Complaint shall be extended, subject to the Court's approval, by forty-five (45) days, up to and including October 8, 2026.

(II) The deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) shall be extended, subject to the Court's approval, by forty-five (45) days, up to and including, October 1, 2026.

Dated: August 12, 2026

NATHAN & ASSOCIATES, APC

By: _*/s/ Reuben S. Nathan* (as authorized on August 7, 2026)

Reuben D. Nathan
2901 West Coast Hwy., Suite 200
Newport Beach, CA 92663
Telephone: 949-270-2798
Email: rnathan@nathanlawpractice.com

Attorneys for Plaintiff Jeffrey Scruggs

Dated: August 12, 2026

GREENBERG TRAURIG, LLP

By: _*/s/ Heather J. Silver*_______________

Heather J. Silver
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 310-586-7700; Fax: 310-586-7800
Email: Heather.Silver@gtlaw.com

Attorneys for Defendant SeatGeek, Inc.

**ORDER**

The Court, having considered the stipulation between Plaintiff Jeffrey Scruggs and Defendant SeatGeek, Inc. ("SeatGeek"), and for good cause shown, HEREBY ORDERS that:

(I) SeatGeek shall respond to the Complaint on or before October 8, 2026.

(II) The parties shall meet and confer, pursuant to Federal Rule of Civil Procedure 26(f), on or before October 1, 2026.

**IT IS SO ORDERED.**

Dated: August 12, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE